UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **ROBERT RICKY EVETT** ) | |
| ) | |
|    **Petitioner,** ) | |
| ) | |
| vs. ) | Case Number:  CV 07-S-724-NE |
| ) | |
| **ATTORNEY GENERAL FOR THE** ) | |
| **STATE OF ALABAMA,** ) | |
| ) | |
|    **Respondents.** ) | |

### MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on October 29, 2008, recommending that the petition for writ of habeas corpus be dismissed as untimely. The parties were allowed fifteen days in which to file objections to the findings and recommendation.  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be, and hereby are, ADOPTED, and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be  DISMISSED as untimely.   A Final Judgment will be entered.

DONE this 21st day of November, 2008.

_____
United States District Judge

2

Case 5:07-cv-00724-CLS-PWG   Document 14   Filed 11/21/08   Page 2 of 2

2